

# Fourth Court of Appeals

## San Antonio, Texas

August 12, 2019

No. 04-18-00917-CV

Ziaunnisa K. **LODHI**,
Appellant

v.

Shah A. **HAQUE**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI04290
Honorable Rosie Alvarado, Judge Presiding

# **O R D E R**

The Appellant's Motion to Allow Appellant to Personally Argue is hereby DENIED.

It is so **ORDERED** on August 12, 2019.

**PER CURIAM**

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court